## FARHAD MOASSER *v.* JAMES A. BECKER ET AL.

The petition by the defendant Judith Becker for certification for appeal from the Appellate Court, 78 Conn. App. 305 (AC 22819), is denied.

*Brenden P. Leydon*, in support of the petition.

*Philip M. French*, in opposition.

Decided September 18, 2003

## STATE OF CONNECTICUT *v.* JEFFREY M. SKELLY

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 513 (AC 22821), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided September 18, 2003

## AHMED A. DADI ET AL. *v.* CUGINOS II RESTAURANT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 78 Conn. App. 403 (AC 22919), is denied.

*Ahmed A. Dadi*, pro se, in support of the petition.

*Thomas T. Lonardo*, in opposition.

Decided September 18, 2003